**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10475 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00227-JCM |
| v. | |
| NOEL ADRIAN MEDINA-GASTELUM, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted May 14, 2013**

Before:     LEAVY, THOMAS, and MURGUIA, Circuit Judges.

Noel Adrian Medina-Gastelum appeals from the district court's judgment

and challenges the 71-month sentence imposed following his guilty-plea

conviction for being a deported alien found unlawfully in the United States, in

violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and

---

         *     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

         **     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

we affirm.

Medina-Gastelum contends that his sentence is substantively unreasonable in light of his drug addiction and attempts at rehabilitation. The district court did not abuse its discretion in imposing Medina-Gastelum's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Medina-Gastelum's history of immigration violations and drug convictions. *See id*.

**AFFIRMED.**